IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ORAL MOORE                                                              PLAINTIFF

v.                          No. 3:19-cv-201-DPM

USA, Torts Law Group; and ANDREES
PARTAL, Dr., Ophthalmology Supervisor                       DEFENDANTS

ORDER

Moore's pre-answer motion to dismiss, № 8, is granted. His claims against Partal are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 August 2019