# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ORAL MOORE                                                              PLAINTIFF

v.                              No. 3:19-cv-201-DPM

U.S.A., Torts Law Group                                                 DEFENDANT

## ORDER

Moore's motion for default judgment, № 13, is denied for lack of service. Moore says he served his complaint and summons on the Torts Law Group, which acknowledged his suit. № 13 at 1, 4, 8, 12. To comply with Federal Rule of Civil Procedure 4(i)(1)–(2), however, Moore must also serve his complaint and summons on the United States. He must send copies of both by registered or certified mail to the U.S. Attorney for this district and to the Attorney General of the United States in Washington, D.C. Moore's ninety-day period for service expired last week; but his efforts to effect service are good cause to reopen and extend his time to do so until 22 November 2019. FED. R. CIV. P. 4(m). He also must file an affidavit about that service as soon as practicable. FED. R. CIV. P. 4(l)(1).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 October 2019