IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ORAL MOORE                                                                PLAINTIFF

v.                              No. 3:19-cv-201-DPM

U.S.A., Torts Law Group                                              DEFENDANT

ORDER

To better manage the Court's schedule, the trial date is continued to 9 August 2021. All deadlines remain the same.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 August 2020