# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ORAL MOORE**                                                    **PLAINTIFF**

**v.**                               **No. 3:19-cv-201-DPM**

**U.S.A., Torts Law Group**                                      **DEFENDANT**

## ORDER

Moore's motion to correct his answer to initial disclosure, *Doc. 36*, is granted.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

22 October 2020