# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ORAL MOORE**                                                                 **PLAINTIFF**

v.                              No. 3:19-cv-201-DPM

**U.S.A., Torts Law Group**                                           **DEFENDANT**

## ORDER

1. The Court understands Moore's claim. The motion for reconsideration, *Doc. 48*, is denied.

2. Defendant's motion, *Doc. 52*, to file some medical records under seal is granted.

3. The Court grants Moore's motion for clarification. *Doc. 53.* Moore is correct that any requests for discovery, including subpoenas, should be sent directly to the government's lawyer, Lindsey Mitcham Lorence, U. S. Attorney's Office, Eastern District of Arkansas, Post Office Box 1229, Little Rock, AR 72203-1229. Moore's motion to compel, *Doc. 54*, is denied. Defendant's counsel has graciously deemed his requests for production served.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 March 2021