# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ORAL MOORE                                                          PLAINTIFF

v.                              No. 3:19-cv-201-DPM

U.S.A., Torts Law Group                         DEFENDANT

## ORDER

Separate status reports, *Doc. 67 & 68*, appreciated. Motion for settlement conference, *Doc. 67*, denied without prejudice. The Court will not order a settlement conference unless all parties want one.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

7 July 2021