IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ORAL MOORE                                                                PLAINTIFF

v.                                    No. 3:19-cv-201-DPM

U.S.A., Torts Law Group                                                   DEFENDANT

## ORDER

The Court appreciates Moore's clarification, *Doc. 71*, which is titled as a motion for reconsideration. The Court now better understands what Moore meant. The Court directs the Clerk to remove the gavel from *Doc. 71*.

So Ordered.

*(signed)* D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

29 July 2021