IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ORAL MOORE                                                                               PLAINTIFF

v.                                    No. 3:19-cv-201-DPM

U.S.A., Torts Law Group                                      DEFENDANT

### ORDER

The Court must try older cases the week of 6 December 2021. The Amended Final Scheduling Order, *Doc. 47,* is suspended. The Court will rule on the pending motion for summary judgment and re-set the trial and unexpired deadlines if this case needs a trial.

So Ordered.

*[signature]*
_____
D.P. Marshall Jr.
United States District Judge

12 August 2012