# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

ORAL MOORE                                                       PLAINTIFF

v.                              No. 3:19-cv-201-DPM

U.S.A., Torts Law Group                                        DEFENDANT

## ORDER

In suspending the Amended Final Scheduling Order, *Doc. 73,* the Court stayed discovery. Depositions should not be scheduled until the deadlines are reset. Moore's notices, *Doc. 75 & 76,* are noted, and his motion to clarify, *Doc. 74,* motion to change date of deposition, *Doc. 77,* and motion to remove deposition, *Doc. 78,* are denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 September 2021