IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ORAL MOORE**                                                                          **PLAINTIFF**

v.                                           No. 3:19-cv-201-DPM

**U.S.A., Torts Law Group**                                              **DEFENDANT**

ORDER

Moore moves the Court to reconsider its final Order and Judgment. The Court believes that an ophthalmologist is a person who practices ophthalmic medicine. Jennifer Churchill & Dan T. Gudgel, *What is an Opthalmologist?*, AMERICAN ACADEMY OF OPTHALMOLOGY (11 January 2022), https://www.aao.org/eye-health/tips–prevention/what-is-ophthalmologist. Regardless of the label, though, Dr. Berry was qualified by his training and experience to testify about the standard of care in Tennessee and Dr. Hildebrand's treatment. *Doc. 51–2*. While Moore may have found an expert witness now, *Doc. 85 at 2*, he has provided no name or admissible expert opinion supporting his claim. The Court does not doubt Moore's intelligence. He has pursued his case with care and zeal. Moore has not provided the Court, however, with a qualified expert's opinion that Moore was done wrong. He may have been. But the law required supporting testimony from a qualified doctor for the case to continue. Motion, *Doc. 85*, denied.

- 2 -

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 May 2022