IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ORAL MOORE                                                                    PLAINTIFF

v.                                No. 3:19-cv-201-DPM

U.S.A., Torts Law Group                                                       DEFENDANT

## ORDER

Mr. Moore's second motion to reconsider, *Doc. 87*, is denied. The Court stands by its ruling.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 May 2022